United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-17494-jkf
Alan R. Bock                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: ChrissyW              Page 1 of 2                  Date Rcvd: Mar 09, 2020
                             Form ID: 210U               Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
```
db          +Alan R. Bock,    12 Drexel Rd.,   Hatboro, PA 19040-3421
14454810    +BANK OF MISSOURI,    2700 S LORRAINE PL,    SIOUX FALLS, SD 57106-3657
14433039     Barclaycard,   PO Box 13337,   Philadelphia, PA 19101-3337
14433041    +CBNA,   PO Box 6189,   Sioux Falls, SD 57117-6189
14433042     Citibank,   P. O. Box 6004,   Sioux Falls, SD 57117-6004
14433044    +First Access,    PO Box 89208,   Sioux Falls, SD 57109-9208
14433045     First Premier Bank,    P. O. Box 5524,   Sioux Falls, SD 57117-5524
14433046    +Hillsdale Cemetary,    2556 Susquehana rd.,   roslyn, PA 19001-4236
14433047    +KML Law Group< PC,    Suite 5000,   Mellon Independence,    701 Market Street,
               Philadelphia, PA 19106-1541
14433049    +Midland Credit Management,    350 nCarmino De La Reina,    Suite 100,   San Diego, CA 92108-3007
14433052     Quicken Loans,    PO Box 6577,   Carol Stream, IL 60197-6577
14443423    +Quicken Loans Inc.,    c/o   Rebecca A Solarz, Esquire,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14442521    +Quicken Loans, Inc.,    C/O KML Law Group,   701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Mar 10 2020 03:03:14    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:06
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2020 03:03:14    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14433040     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2020 02:50:16
               Capital One Bank (USA),    P. O. Box 71083,   Charlotte, NC 28272-1083
14437813    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2020 03:09:32
               Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14448667     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 10 2020 03:09:52    Capital One N.A,
               PO BOX 71083,   Charlotte NC 28272-1083
14447860    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2020 03:09:41    Capital One N.A.,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14433043     E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2020 02:50:15    Credit One Bank,
               P. O. Box 60500,   City of Industry, CA 91716-0500
14458923     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 10 2020 03:03:12    Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
14462908     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 02:50:16    LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14442511     E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 10 2020 02:51:32    MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14433048     E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 10 2020 02:53:10
               Merrick Bank Corporation,   Customer Service,    PO Box 5000,   Draper, UT 84020-5000
14433051     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 02:53:20
               Portfolio Recovery Assoc,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502-4962
14449114     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 02:53:21
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14448799     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 02:51:29
               Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14433050     E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2020 02:51:34    Pay Pal Credit,   PO Box 71202,
               Charlotte, NC 28272-1202
14458215    +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 10 2020 03:03:12    Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14441481    +E-mail/Text: bankruptcyteam@quickenloans.com Mar 10 2020 03:03:13    Quicken Loans Inc.,
               635 Woodward Avenue,   Detroit, MI 48226-3408
14433053    +E-mail/Text: bankruptcy@pinnaclerecovery.com Mar 10 2020 03:03:20
               Sea Scape Beach & Golf Villa,    C/O Pinnacle Rercovery, Inc.,   PO Box 130848,
               Carlsbad, CA 92013-0848
14461779    +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2020 02:53:05    Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
                                                                                              TOTAL: 20
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Mar 09, 2020
                              Form ID: 210U               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Alan R. Bock jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Alan R. Bock                                                                                          Case No: 19–17494–jkf

     Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 3/9/20

Timothy B. McGrath
Clerk of Court

16
Form 210U