United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Alan R. Bock  
    Debtor

Case No. 19-17494-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 2     Date Rcvd: Mar 10, 2020  
    Form ID: 309A     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.

```
db           +Alan R. Bock,    12 Drexel Rd.,    Hatboro, PA 19040-3421
14454810     +BANK OF MISSOURI,    2700 S LORRAINE PL,    SIOUX FALLS, SD 57106-3657
14433041     +CBNA,    PO Box 6189,    Sioux Falls, SD 57117-6189
14433044     +First Access,    PO Box 89208,    Sioux Falls, SD 57109-9208
14433046     +Hillsdale Cemetary,    2556 Susquehana rd.,    roslyn, PA 19001-4236
14433047     +KML Law Group< PC,    Suite 5000,    Mellon Independence,    701 Market Street,
               Philadelphia, PA 19106-1541
14433049     +Midland Credit Management,    350 nCarmino De La Reina,    Suite 100,    San Diego, CA 92108-3007
14433052      Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: jadelstein@adelsteinkaliner.com Mar 11 2020 03:01:33      JON M. ADELSTEIN,
               3993 Huntingdon Pike,    Suite 210,    Huntingdon Valley, PA  19006
tr           +EDI: FGARYFSEITZ.COM Mar 11 2020 06:58:00      GARY F. SEITZ,
               Gellert Scali Busenkell & Brown LLC,    8 Penn Center,    1628 John F. Kennedy Blvd,
               Suite 1901,    Philadelphia, PA 19103-2113
smg           E-mail/Text: megan.harper@phila.gov Mar 11 2020 03:01:49      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 11 2020 03:01:41
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 11 2020 03:01:45      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 11 2020 03:01:43      United States Trustee,
               Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14433039      EDI: TSYS2.COM Mar 11 2020 06:58:00      Barclaycard,    PO Box 13337,
               Philadelphia, PA 19101-3337
14433040      EDI: CAPITALONE.COM Mar 11 2020 06:58:00      Capital One Bank (USA),    P. O. Box 71083,
               Charlotte, NC 28272-1083
14437813     +EDI: AIS.COM Mar 11 2020 06:58:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
14448667      EDI: CAPITALONE.COM Mar 11 2020 06:58:00      Capital One N.A,    PO BOX 71083,
               Charlotte NC 28272-1083
14447860     +EDI: AIS.COM Mar 11 2020 06:58:00      Capital One N.A.,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
14433042      EDI: CITICORP.COM Mar 11 2020 06:58:00      Citibank,    P. O. Box 6004,
               Sioux Falls, SD 57117-6004
14433043      E-mail/PDF: creditonebknotifications@resurgent.com Mar 11 2020 03:14:25      Credit One Bank,
               P. O. Box 60500,    City of Industry, CA 91716-0500
14433045      EDI: AMINFOFP.COM Mar 11 2020 06:58:00      First Premier Bank,    P. O. Box 5524,
               Sioux Falls, SD 57117-5524
14458923      EDI: JEFFERSONCAP.COM Mar 11 2020 06:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
               Saint Cloud Mn 56302-9617
14462908      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 03:14:26      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14442511      E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 03:14:17      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14433048      E-mail/PDF: MerrickBKNotifications@Resurgent.com Mar 11 2020 03:14:17
               Merrick Bank Corporation,    Customer Service,    PO Box 5000,    Draper, UT 84020-5000
14433051      EDI: PRA.COM Mar 11 2020 06:58:00      Portfolio Recovery Assoc,    120 Corporate Blvd, Ste 100,
               Norfolk, VA 23502-4962
14449114      EDI: PRA.COM Mar 11 2020 06:58:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
14448799      EDI: PRA.COM Mar 11 2020 06:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
14433050      EDI: RMSC.COM Mar 11 2020 06:58:00      Pay Pal Credit,    PO Box 71202,
               Charlotte, NC 28272-1202
14458215     +EDI: JEFFERSONCAP.COM Mar 11 2020 06:58:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14441481     +E-mail/Text: bankruptcyteam@quickenloans.com Mar 11 2020 03:01:45      Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
14433053     +E-mail/Text: bankruptcy@pinnaclerecovery.com Mar 11 2020 03:01:51
               Sea Scape Beach & Golf Villa,    C/O Pinnacle Rercovery, Inc.,    PO Box 130848,
               Carlsbad, CA 92013-0848
14461779     +EDI: RMSC.COM Mar 11 2020 06:58:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
                                                                                                TOTAL: 26
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Lisa                Page 2 of 2              Date Rcvd: Mar 10, 2020
                              Form ID: 309A             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Debtor Alan R. Bock jadelstein@adelsteinkaliner.com,
                jsbamford@adelsteinkaliner.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Alan R. Bock** | Social Security number or ITIN | **xxx–xx–4763** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **12/2/19** |
| Case number: | **19–17494–jkf** | Date case converted to chapter **7** | **3/6/20** |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Alan R. Bock | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 12 Drexel Rd.<br>Hatboro, PA 19040 | | |
| 4. | **Debtor's attorney**<br>Name and address | JON M. ADELSTEIN<br>3993 Huntingdon Pike<br>Suite 210<br>Huntingdon Valley, PA 19006 | | Contact phone (215) 230–4250<br><br>Email: jadelstein@adelsteinkaliner.com |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, PA 19103 | | Contact phone 215–238–0011<br><br>Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Alan R. Bock**                                                                                                            Case number **19–17494–jkf**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 3/10/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 9, 2020 at 04:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**900 Market Street, Suite 304A, Philadelphia, PA 19107** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/8/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                             page **2**