Certificate Number: 16339-PAE-DE-034324771

Bankruptcy Case Number: 19-17494



16339-PAE-DE-034324771

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2020</u>, at <u>11:07</u> o'clock <u>PM EDT</u>, <u>Alan R Bock</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  April 8, 2020             By:   /s/Kelley Tipton

                                  Name: Kelley Tipton

                                  Title: Certified Financial Counselor